IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 2:26-cr-00312-BHH |
| vs. | |
| JONATHAN PERRY,<br>    a/k/a "Jay Jay,"<br>JAQUAN PERRY,<br>    a/k/a "Quan,"<br>CARNELL JONES,<br>    a/k/a "Nell,"<br>TYVON MYERS,<br>    a/k/a "Toot,"<br>DAY'SEAN DORTCH,<br>    a/k/a "YT,"<br>BAKIMA WILLIAMS,<br>    a/k/a "Spazz" | |

GOVERNMENT'S BILL OF PARTICULARS FOR
FORFEITURE OF PROPERTY

The United States provides the following Bill of Particulars regarding property alleged in the Indictment filed April 14, 2026, as also being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of one or more of the above Defendants for one or more felony violations of 18 U.S.C. §§ 371, 922, and 924 as charged in the Indictment filed April 14, 2026, the United States intends to seek the forfeiture of any and all property, real or personal, involved in, constituting, derived from, or traceable to the offense(s) of conviction, pursuant to 18 U.S.C. § 923, 924 and 28 U.S.C. § 2461(c). Such property includes, but is not limited to, the following:

A.     United States Currency/Cash:

$4,000.00
Seized from Bakima Williams on 2/12/2026

1

Asset ID: 26-ATF-007946

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

BY:     *s/Carrie Fisher Sherard*
        Carrie Fisher Sherard (#10134)
        Assistant United States Attorney
        United States Attorney's Office
        55 Beattie Place, Suite 700
        Greenville, South Carolina 29601
        Telephone: (864) 282-2100
        Carrie.A.Fisher@usdoj.gov

May 26, 2026

2